■ LEON D. ELDOT, Appellant, v. STANDARD-TOCH CHEMICALS, INC., Respondent.— The order at Special Term is modified to permit: the examination under item 7 as to the manner in which "Automatic Color Carousel" is used by the defendant and as to the number of dealers selling defendant's products by use of the said "Automatic Color Carousel"; an examination under item 9, as to the terms and conditions upon which sales, leases, licenses or assignments to the right to manufacture, sell or use the said "Automatic Color Carousel" have been granted. Except as here modified, the order is

affirmed. Settle order on notice. Concur — Rabin, J. P., Frank, Valente, McNally and Bergan, JJ.